IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06CV00049HEA |
| | ) |
| 9.25 ACRES OF LAND, more or less, | ) |
| situated in the County of Pemiscot, | ) |
| State of Missouri, and OSCAR VAUGHN, | ) |
| also known as Oscar Vaughn, Jr., | ) |
| deceased, et. al., | ) |
| | ) |
| Defendants. | ) |

## FINAL ORDER AND JUDGMENT OF CONDEMNATION

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that title to Tract No. 121E to the extent of the estate taken, vested in the Plaintiff, the United States of America, on April 5, 2006, free and discharged of all liens and claims whatsoever, and such title is hereby confirmed in the United States of America as of that date.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the just compensation for the estate acquired by the Plaintiff is the sum of Seventeen Thousand and No/100 Dollars ($17,000.00), inclusive of interest.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the following named parties are dismissed because they failed to appear, plead or otherwise defend any right, title or claim of interest in the property acquired by plaintiff in this condemnation case, default having been entered on November 6, 2007 against defendants, State of Missouri (Taxing Authority), Keith Jean (Pemiscot County Collector of Revenue), Drainage District No. 6 of

Pemiscot County, Missouri, St. Francis Levee District of Missouri, Louise Hamlett, Jeanette Hamlett, Rebecca Ann Hamlett Chastain, Larry chastain, Debra Lynette Hamlett Bowman, Gary Lynn Bowman, Faye Louise Rhodes, Steven Rhodes, Kay Elouis Leasure, Leroy Leasure, Rita Charlene Hamlett, Larry Terrell, Gail Terrell, Phylis Delores Watkins, Richard Watkins, Bearl Vaughn Shepard, Mary E. Layman, Darla Vaughn Rayburn, Robert Wayne Vaughn, Jeffrey Lynn Vaughn, Randall Vaughn, Teresa Vaughn, Mildred Sherwood Braswell, J.D. Braswell, Theta A. Vaughn and Kevin Gilmore.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the following named parties, having acknowledged by affidavit filed with this Court, their receipt of notice of the Complaint in condemnation, their satisfaction that they have no interest in the property and their consent to the court to proceed to Final Order and Judgment of Condemnation, to wit: Stacey Michelle Hamlett Faulkner and Jeffrey Lynn Faulkner, her husband, the Court finds said parties have no claim to any part of the compensation paid for the estate acquired by Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that based on the testimony of defendant Louise Hamlett and the arguments of counsel for Plaintiff, said defendant Louise Hamlett, being the fee simple owner of 85% interest in the estate acquired by Plaintiff, was entitled to distribution of the sum of Fourteen Thousand Four Hundred Eighty-one and 48/100 Dollars ($14,481.48), receipt of which was acknowledged by her on February 1, 2008.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that based on the testimony of Louise Hamlett and the affidavits of Walter Shepard, Emma Shepard Wilson, Cheryl Shepard Haney and Debbie Shepard Lazore, the four heirs of Beryl Shepard and Catherine Bostic, the fee simple owners of 15% interest in the estate acquired by Plaintiff, the remaining sum of

Two Thousand Five Hundred Eighteen and 52/100 Dollars ($2,518.52) should be distributed equally to now known defendants, Walter Shepard, Emma Shepard Wilson, Cheryl Shepard Haney and Debbie Shepard Lazore, who have each consented to the amount of just compensation ordered by the court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court shall distribute the sum of Six Hundred Twenty-nine and 63/100 Dollars ($629.63) to each of the following named parties: Walter Shepard, Emma Shepard Wilson, Cheryl Shepard Haney and Debbie Shepard Lazore.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon the filing of all four receipts by Walter Shepard, Emma Shepard Wilson, Cheryl Shepard Haney and Debbie Shepard Lazore, in Satisfaction of Judgment by said remaining parties, this case shall be dismissed.

Dated this 3rd day of December, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE